UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Ancel Montenelli

        Plaintiff,

v.                  Case No.: 1:18−cv−07490
                  Honorable Sara L. Ellis

John Doe, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 6, 2019:

  MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for leave to file an amended complaint and dismisses Defendant Legend Tasty House, Inc. without prejudice. The Court strikes the status date set for 8/7/19 and resets it to 9/17/19 at 9:30 a.m. The Court denies Defendant's motion to dismiss as moot in light of Plaintiff's amended complaint and the Court's dismissal of Defendant. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.