**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Civil Action Number: 1:18-cv-07490

ANCEL MONTENELLI,

    Plaintiff,

v.

QI LIN, INC.
and JOHN DOE,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 3rd day of September, 2019.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/Terry D. Shaw* |
| Scott R. Dinin, Esq. | Terry D. Slaw, Esq. |
| SCOTT R. DININ, P.A. | Alan H. Shifrin & Associates, LLC |
| 4200 NW 7th Avenue | 3315 Algonquin Road, Suite 202 |
| Miami, Florida 33127 | Rolling Meadows, IL 60008 |
| Tel: (786) 431-1333 | Tel: 847-222-0500 |
| Fax: (786) 513-7700 | Email: info@ashiflaw.com |
| E-mail: inbox@dininlaw.com | *Counsel for Defendant Qi Lin, Inc.* |
| *Counsel for Plaintiff* | |

1